177 A.3d 128

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. K.D., DEFENDANT–
PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF
S.S., MINOR–RESPONDENT.

C–435 September Term 2017
079818

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2651/5513–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.